**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

MYRON D. WATKINS,

    Petitioner,

v.                                        Case No. 10-12025

GREG McQUIGGIN,

    Respondent.

_____/

**JUDGMENT**

In accordance with the court's June 29, 2012, "Opinion and Order Denying Petition for a Writ of Habeas Corpus and Declining to Issue a Certificate of Appealability,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Greg McQiggin and against Petitioner Myron Watkins. Dated at Detroit, Michigan, this 29th day of June, 2012.

                                          DAVID J. WEAVER
                                          CLERK OF THE COURT

                                  BY: s/Lisa Wagner
                                        Lisa Wagner, Deputy Clerk
                                        and Case Manager to
                                        Judge Robert H. Cleland